# EXHIBIT A

Dr. Evelyn Ramirez, M.D.
*Department of Ophthalmology Bronx Vision & Retina Institute*
3271 Grand Concourse, Suite 102
Bronx, NY
10456
Phone: (718) 369-0192
Fax: (718) 439-0193



**Date:** May 22, 2025

**Re: Cesar Lucien – <u>Certification of Legal Blindness</u>**

To Whom It May Concern:

I am writing to confirm that my patient, Mr. Cesar Lucien, is legally blind under both federal and New York State definitions.

Mr. Lucien has been diagnosed with **Stargardt's disease**, a rare inherited form of macular degeneration that causes progressive central vision loss. This condition is congenital in origin and has significantly impaired Mr. Lucien's visual acuity and functional vision.

As of his most recent examination:

- **Visual Acuity (Best Corrected):**
  - Right Eye (OD): 20/400
  - Left Eye (OS): 20/200
- **Visual Field:**
  - Central field constriction consistent with macular degeneration
  - Functional field radius: less than 20 degrees in both eyes

Based on these findings, Mr. Lucien meets the criteria for **legal blindness**, defined as visual acuity of 20/200 or worse in the better eye with best correction, or a visual field of 20 degrees or less.

Mr. Lucien relies on screen-reading software and keyboard navigation to access digital content and perform daily tasks. His condition is permanent and non-correctable through lenses or surgery.

Please feel free to contact me if further documentation is required.

Sincerely,

**Dr. Evelyn Ramirez, M.D.**
Licensed Ophthalmologist NPI: 1793827
NY License #: 830284044

Signature: *Dr Evelyn Ramirez MD* Date: May 22, 2025

OCFS-4599 (Rev. 9/2012)

**NEW YORK STATE
OFFICE OF CHILDREN AND FAMILY SERVICES
REPORT OF LEGAL BLINDNESS/ REQUEST FOR INFORMATION
NYS COMMISSION FOR THE BLIND AND VISUALLY HANDICAPPED**

*Please complete this information in full in order to avoid delay in registration of the patient and/or receipt of information requested.*

REPORT OF LEGAL BLINDNESS: (Complete this part to report legal blindness)
PATIENT INFORMATION

**Etiology: Inherited Macular Degeneration**

NAME: **LUCIEN CESAR**

STREET ADDRESS: **210 E. 203 St.  Apt. 610**

TELEPHONE NO: **(914) 408-5028**

CITY: **Bronx**   STATE: **N.Y.**   ZIP CODE: **10458**   COUNTY OR NYC BOROUGH: **N.Y.**

EXAMINER
PLEASE CHECK THE APPROPRIATE CONDITION AND CAUSE: (Optometrist not required to indicate cause)

CONDITION:
1. Blindness, both eyes, no light perception
2. ✓ Blindness, better eye, with best correction not more than 20/200
3. ✓ Blindness, better eye, with visual field limitation less than 20 degrees
4. Patient was registered as blind, is now **not blind**. (Please check cause # 7)
5. This person is employed and is expected to become legally blind within the year.

CAUSE:
1. Cataracts
2. Glaucoma
3. All other diseases
4. Congenital condition  **Stargardt's Disease**
5. Accident, poisoning, exposure, or injury
6. Unspecified cause
7. Improved Vision

EXAMINER NAME: **Dr. Evelyn Ramirez, MD**
PROFESSION OF EXAMINER: **O.D.**
EXAM DATE: **5/22/2025**

STREET ADDRESS: **3271 Grand Concourse, Suite 102**

CITY: **Bronx**   STATE: **N.Y.**   ZIP CODE: **10456**   TELEPHONE NO.: **(718) 369-0192**

*[signature: Evelyn R. MD O.D.]*

FOR INDIVIDUALS Under 18: THE NAME AND ADDRESS OF THE PARENT/GUARDIAN IS REQUIRED:

PARENT/GUARDIAN: LAST NAME:     FIRST NAME:

STREET ADDRESS:

TELEPHONE NO.: ( )  -     CITY:     STATE     ZIPCODE:

SUBMITTER (IF DIFFERENT FROM ABOVE)
SUBMITTER'S NAME: LAST NAME:     FIRST NAME:

STREET ADDRESS:

TELEPHONE NO.: ( )  -     CITY:     STATE     ZIP CODE:

REQUEST FOR INFORMATION: (Complete this section if the individual is seeking Information from CBVH)

☐ How I can perform household tasks
☐ How CBVH can assist me in preparing for a job
☐ How CBVH can assist me in keeping my current job
☐ How CBVH can assist in providing services to the above named visually impaired child
☐ Other services (specify):

Contact Person:     Phone No.