

## Summary

Summary    Details    Reference    Order    Structure    Contrast

| ✖ 37 | ○●○ 0 |
|------|-------|
| Errors | Contrast Errors |

| ⚠ 44 | ✔ 20 |
|------|------|
| Alerts | Features |

| ⚑ 51 | 🟪 5 |
|------|------|
| Structural Elements | ARIA |

**☰ View details ›**

## INTRODUCING LAP SIDING

PREMIUM LOOKS, SUPERIOR PERFORMANCE



# TRUSTED DURABILITY, BEAUTIFUL FLEXIBILITY, SUPERIOR QUALITY

Beautiful and durable products coupled with design flexibility and a great warranty provide the reliability you've come to trust from the #1 name in trim. See why AZEK Exteriors is the most trusted name in the market.



Loading...







"25 Years of Innovation"

 **CELEBRATE WITH US.** WIN BIG!

Enter our 25th anniversary before and after photo contest for a chance to win $10,000 in AZEK product credits and a professional photoshoot. Show off your projects before the **August 15, 2025** deadline!

**GET ENTRY DETAILS ›**

Trim

Moulding

S

Loading...

Siding

Cladding

Fastening



 AZEK SAMPLES

AZEK is pleased to offer free
samples of our AZEK Exteriors
siding, cladding, trim, and
moulding products to architecture
and construction professionals.

ORDER SIDING SAMPLES    >
ORDER TRIM SAMPLES    >

 CASE S

Learn more about
AZEK can offer t
world stories of c
other industry pro

SEE MORE



Loading...

## BEAUTIFUL EXTERIORS ON INSTAGRAM

Browse stylish homes and discover how AZEK transforms real spaces.





‹ *ARIA-DISABLED="FALSE"*   *ARIA-LABEL="PREVIOUS"*     *ARIA-DISABLED* *ARIA-LABEL="N[…]"* ›



## ADDITIONAL RESOURCES



? FAQS

 INSTALLATION HELP

 #1 WARRANTY SUPPORT

 BIM LIBRARY



**AZEK EXTERIORS**



### PRODUCTS

Siding & Cladding
Trim
Moulding
Prefinished
Specialty Items
Sheets
Fastening & Accessories

### RESOURCES

Catalogs
Product Education
Painting Guidelines
Warranty Information
FAQs
BIM Library
mples



Loading...

ABOUT AZEK

Why AZEK

Case Studies

Contractor Stories

Sustainability

OWNERS

Where To Buy

Trim & Moulding Warranty 

CONNECT WITH US

   
   

1-800-910-3545

© 2025 The AZEK Company Inc. and its affiliates.

Terms and Conditions          Privacy policy          Legal disclaimer          Sitemap

