

WAVE
web accessibility evaluation tool

powered by
WebAIM

The following apply to the entire page:

*en-us*

Styles:  OFF  ON

Details

Summary   Details   Reference   Order   Structure   Contrast

❌ **37 Errors**

6 X Missing alternative text

3 X Missing form label

1 X Empty form label

27 X Empty link

⚠️ **44 Alerts**

4 X A nearby image has the same alternative text

1 X Orphaned form label

12 X Suspicious link text

3 X Redundant link

5 X Link to PDF document

6 X Noscript element

1 X Very small text

12 X HTML5 video or audio

✅ **20 Features**

18 X Alternative text

1 X Null or empty alternative text on spacer

1 X Language









*ti..e*



## 25 YEARS BUILDING TOGETHER

JOIN THE CELEBRATION TODAY



# TRUSTED DURABILITY, BEAUTIFUL FLEXIBILITY, SUPERIOR QUALITY

Beautiful and durable products coupled with design flexibility and a great warranty provide the reliability you've come to trust from the #1 name in trim. See **why AZEK Exteriors** is the most trusted name in the market.







*OPEN CHAT*
CHAT WITH US





**\*25 Years of Innovation\***



## CELEBRATE WITH US. WIN BIG!

Enter our 25th anniversary before and after photo contest for a chance to win $10,000 in AZEK product credits and a professional photoshoot. Show off your projects before the **August 15, 2025** deadline!

**GET ENTRY DETAILS >**

Trim

Moulding



Sp

Loading...

Siding

Cladding

Fastening



 AZEK SAMPLES

AZEK is pleased to offer free samples of our AZEK Exteriors siding, cladding, trim, and moulding products to architecture and construction professionals.

ORDER SIDING SAMPLES   >
ORDER TRIM SAMPLES   >

 CASE S

Learn more about
AZEK can offer t
world stories of c
other industry pr

SEE MORE

Loading...

## BEAUTIFUL EXTERIORS ON INSTAGRAM

Browse stylish homes and discover how AZEK transforms real spaces.

## ADDITIONAL RESOURCES

### FAQS

### INSTALLATION HELP

### #1 WARRANTY SUPPORT

### BIM LIBRARY



| PRODUCTS | RESOURCES |
|---|---|
| Siding & Cladding | Catalogs |
| Trim | Product Education |
| Moulding | Painting Guidelines |
| Prefinished | Warranty Information |
| Specialty Items | FAQs |
| Sheets | ary |
| Fastening & Accessories | mples |

Loading...

ABOUT AZEK

Why AZEK
Case Studies
Contractor Stories
Sustainability

OWNERS

Where To Buy

Trim & Moulding Warranty

CONNECT WITH US

1-800-910-3545

© 2025 The AZEK Company Inc. and its affiliates.

Terms and Conditions    Privacy policy    Legal disclaimer    Sitemap