

web accessibility evaluation tool

powered by
WebAIM

The following apply to the entire page:

  

Styles:  OFF  ◯ ON

# Details

Summary   Details   Reference   Order   Structure   Contrast

☑ ❌ **8 Errors**

  ☑ 3 X Missing alternative text



  ☑ 3 X Missing form label



  ☑ 2 X Empty heading



☑ ◯● **11 Contrast Errors**

  11 X Very low contrast





☑ ⚠ **19 Alerts**

  ☑ 4 X Redundant alternative text



  ☑ 1 X A nearby image has the same alternative text



  ☑ 1 X Orphaned form label



  ☑ 1 X No page regions



  ☑ 1 X Skipped heading level



  ☑ 5 X Redundant link

    

  ☑ 4 X Noscript element

## A NEW SPIN ON POLYMER RECYCLING

Traditionally, when a piece of decking is trimmed off or siding is cut to fit, the scraps are thrown out, but the AZEK Company is changing all of that with our Full-Circle PVC Recycling Program. Return Polymers is proud to be a part of the AZEK Company. We utilize our innovative product technology, expansive network of professionals, and our vertically integrated recycling capabilities to collect scraps directly from construction and job sites. Then, we reprocess them into brand new decking, siding, cladding, and trim.



GET IN TOUCH

# FULL-CIRCLE RECYCLING WITH RETURN POLYMERS

[*collection*](/full-circle-recycling-with-return-polymers#collection)  [*logistics*](/full-circle-recycling-with-return-polymers#logistics)  [*processing*](/full-circle-recycling-with-return-polymers#processing)  [*sustainable product*](/full-circle-recycling-with-return-polymers#sustainable-polymers)

#### Collection [(/full-circle-recycling-with-return-polymers#collection)](/full-circle-recycling-with-return-polymers#collection)

#### Logistics [(/full-circle-recycling-with-return-polymers#logistics)](/full-circle-recycling-with-return-polymers#logistics)

#### Processing [(/full-circle-recycling-with-return-polymers#processing)](/full-circle-recycling-with-return-polymers#processing)

#### Sustainable Products [(/full-circle-recycling-with-return-polymers#sustainable-products)](/full-circle-recycling-with-return-polymers#sustainable-products)

### Collection

 *bin*  *collection*

*collection*

At Return Polymers, we know that one size and option for collection does not fit every market or form. We work with you to determine the best collection method for your company. This flexibility allows for lower costs and ensured success.

### Logistics

 *truck*  *transport*

*logistics*

We handle the logistics of transforming scrap PVC to provide a seamless solution for our partners. Our connection with the AZEK Company makes way for innovative strategies to go about increasing sustainability and improving overall business operations.

---

### Processing

*processing*



*windows*  *siding*

With details solidified, we then reprocess waste polymer

ing materials into a sustainable product that can be used for years to come. This processing is done in-house and challenges our engineers to find original and fresh methods of doing so.

### Sustainable Product



*decking*  *pipes*

🏘️ 📦

*sustainable product*

Once PVC material is reprocessed, a sustainable product is born. We believe in taking a holistic approach to sustainability

by creating new decking, siding, cladding, and trim. This 100% recycled product can then be used for a bigger purpose.

---