

powered by
WebAIM

Styles: OFF  ON

Details

Summary  Details  Reference  Order  Structure  Contrast

☒ ❌ **10 Errors**
 ☑ 2 X Spacer image missing alternative text
 ☑ 1 X Missing form label
 ☑ 7 X Empty link

☒ ⚠️ **134 Alerts**
 ☑ 20 X Suspicious alternative text
 ☑ 1 X A nearby image has the same alternative text
 ☑ 1 X Missing first level heading
 ☑ 2 X Skipped heading level
 ☑ 34 X Redundant link

The following apply to the entire page:
 



SAMPLES >





*aria-label="View Shopping Cart, empty"*




sure you get the best experience. **LEARN MORE**


*Open chat*
Chat with us

Loading…




Get a better sense of color, style, and material.  **ORDER FREE SAMPLES >**

 *TimberTech*



*aria-label="View Shopping Cart, empty"* 0



 


OPEN THE LOOK BOOK

   For the best experience, turn your phone to landscape or view on desktop


## Take the next step





This site uses cookies to ensure you get the best experience.   **LEARN MORE**

Loading...



### Get Inspired

Browse real TimberTech Advanced PVC and Composite decks to find inspiration for your next project.



Get a better sense of color, style, and material. ORDER FREE SAMPLES >

 *TimberTech*

0





### Order Free Samples

Compare colors, finishes, and materials, and see the real wood aesthetics of TimberTech Decking in your outdoor space.



ORDER SAMPLES

*aria-label="View Shopping Cart, empty"*



This site uses cookies to ensure you get the best experience. LEARN MORE 





Get a better sense of color, style, and material. **ORDER FREE SAMPLES >**





### Deck planning guide & checklist

Our Deck Planning Guide & Checklist will help you design, plan, and get organized so you can make your dream deck a reality.



GET THE CHECKLIST



## Real Projects. Real People.

See how others have transformed their outdoor spaces.





This site uses cookies to ensure you get the best experience. **LEARN MORE**







Get a better sense of color, style, and material. **ORDER FREE SAMPLES >**



 **FOLLOW US @TIMBERTECH**

 1.877.275.2935

Contact Us

Chat With Us



### Get Started

## Support

## Our Company

© 2025 The AZEK Company Inc. and its affiliates