

powered by
[WebAIM](#)

web accessibility evaluation tool

Styles:    OFF    ON

## Details

Summary    Details    Reference    Order    Structure    Contrast

- ❌ **6 Errors**
  - ☑ 1 X Spacer image missing alternative text
  - ☑ 5 X Empty link

- ⊙● **4 Contrast Errors**
  - 4 X Very low contrast

- ⚠ **21 Alerts**
  - ☑ 2 X Skipped heading level
  - ☑ 1 X Redundant link
  - ☑ 4 X Link to PDF document
  - ☑ 12 X Noscript element
  - ☑ 2 X HTML5 video or audio

- ✅ **27 Features**
  - ☑ 10 X Alternative text

The following apply to the entire page:


*en-US*



STRUXURE
*Struxure Logo*

*Struxure Logo White*

# Inspiration

private home in the Coastal Santa Cruz M
extra shade.



*aria-label="Click for sou

", aria-valuenow="0", aria-valuetext="0 seconds", role="sli

Loading…

# me: Outdoor Retreat



piter, Florida

jola X – Pivot 6

ers do, Chris and Lisa started to see their beloved
en their kids left for college. With plans of turnin
hangout area—one that even their kids would us
StruXure Pergola X to make their dream a reality.
oor Living helped the couple design the perfect
ding a special angled zone for added protection
hey'd made the right decision when their kids sta
g friends to join them in their cool outdoor retrea
fresco has become an every meal event. Lisa sh
er mother, who is now the proud owner of her ow





*Struxure Logo*



*Struxure Logo White*







*Struxure Logo*



*Struxure Logo White*



*outdoor pergola near pool*

Loading...





*Struxure Logo*



*Struxure Logo White*



g water in the pool*