

powered by
WebAIM

web accessibility evaluation tool

The following apply to the entire page:

Styles: OFF ☐ ON

# Details

Summary  Details  Reference  Order  Structure  Contrast

☑ ❌ **10 Errors**

☑ 5 X Missing alternative text


☑ 3 X Missing form label


☑ 2 X Empty heading


☑ ⭕ **56 Contrast Errors**

56 X Very low contrast

☑ ⚠️ **13 Alerts**

☑ 1 X Orphaned form label


☑ 1 X No page regions


☑ 1 X Skipped heading level



## WE COLLECT AND RECYCLE SCRAP PVC MATERIAL

helping companies eliminate landfill costs and improve sustainability. Our Full-Circle process leads the way, making sustainability a core part of our mission, process, products, and

services.

[DOWNLOAD SUMM (/UPLOAD/DOCUMENTS/RETURN_ FA.PDF)](/upload/documents/return_fa.pdf)



# AT RETURN POLYMERS

## WE RECYCLE:

| POLYMERS | TYPICAL APPLICATIONS | FORMS | PERMITT CONTAM |
|---|---|---|---|
| Rigid PVC | Pipe | OEM parts | Contingent on approval |
| Cellular PVC | Siding | Regrind | Moderate levels of |



- Loading
- CPVC
- Acrylics
- Kydex®
- Compound
- ASA
- Window
- Fence
- Credit card
- Cooling tower
- Blister packs
- Trim
- Pellets
- Pulverize
- Start-up
- Purge balls/patties/pulls
- Screen-over
- Compound
- burnt material
- Dirt
- Polymer cross-contamination
- Paint
- Adhesive
- Caulking



- Signage
- Thick sheets
- Injection molding
- Others

- Blend scrap
- Shavings
- Cut offs
- Rolls
- Others upon request

- Metal Contam
- Others

