UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CESAR LUCIEN, on behalf of himself and all others similarly situated,

Case No. 1:25-cv-07126

Plaintiffs,

-against-

**NOTICE OF APPEARANCE**

THE AZEK COMPANY INC.;
AZEK EXTERIORS, LLC (d/b/a AZEK Exteriors);
TIMBERTECH LIMITED (d/b/a TimberTech);
STRUXURE OUTDOOR, LLC (d/b/a StruXure);
ULTRALOX INTERLOCKING TECHNOLOGY, LLC (d/b/a Ultralox);
INTEX MILLWORK SOLUTIONS, LLC (d/b/a INTEX Millwork);
RETURN POLYMERS, INC. (d/b/a Return Polymers)

Defendant.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Jon L. Norinsberg, Esq., of **JOSEPH & NORINSBERG, LLC,** hereby appears as attorney for the Plaintiff, Cesar Lucien and requests that all papers be served upon him and all communications herein be directed to him.

Dated: New York, New York
         August 29, 2025

**JOSEPH & NORINSBERG, LLC**

BY:     */s/ Jon L. Norinsberg*
         Jon L. Norinsberg, Esq.
         Michael A. James, Esq.
         Joseph & Norinsberg, LLC
         825 Third Avenue, Suite 2100
         New York, New York 10022
         (212) 232-1300
         Jon@norinsberglaw.com
         MJames@employeejustice.com
         *Attorneys for Plaintiff*

131873483.1

## CERTIFICATE OF SERVICE

Jon L. Norinsberg, Esq. an attorney duly admitted to practice before this Court, certifies that on August 29, 2025, he caused his Notice of Appearance to be filed and served by ECF.

>            */s/ Jon L. Norinsberg*
>                Jon L. Norinsberg