UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR LUCIEN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE AZEK COMPANY INC.; AKEX EXTERIORS, LLC (d/b/a AZEK Exteriors); TIMBERTECK LIMITED (d/b/a/ TimberTech); STRUXURE OUTDOOR, LLC (d/b/a StruXure); ULTRALOX INTERLOCKING TECHNOLOGY, LLC (d/b/a/ Ultralox); INTEX MILLWORK SOLUTIONS, LLC (d/b/a INTEX Millwork); RETURN POLYMERS, INC. (d/b/a Return Polymers),<br><br>                    Defendants. | Case No. 1:25-cv-07126 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether plaintiff has satisfied the threshold requirement of standing. *See, e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77–78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a

settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated: September 2, 2025  
       New York, New York

SO ORDERED.

*Jennifer Rochon*  
JENNIFER L. ROCHON  
United States District Judge