AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CESAR LUCIEN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>THE AZEK COMPANY INC.,<br>(See Attached Rider to Summons)<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-07126 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE AZEK COMPANY INC.,
C/O The Corporation Trust Company
1209 Orange Street
Wilmington, New Castle  DE 19801
(See Rider to Summons for Remaining Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jon L. Norinsberg, Esq.
JOSEPH & NORINSBERG, LLC
825 Third Avenue, Suite 2100
New York, N.Y. 10022
Jon@norinsberglaw.com
(212) 227-5700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/04/2025                                             /S/ V. BRAHIMI
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-07126

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**CESAR LUCIEN,** on behalf of himself and
all others similarly situated,

              Plaintiff,

  -against-

THE AZEK COMPANY INC.;
AZEK EXTERIORS, LLC (d/b/a AZEK Exteriors);
TIMBERTECH LIMITED (d/b/a TimberTech);
STRUXURE OUTDOOR, LLC (d/b/a StruXure);
ULTRALOX INTERLOCKING TECHNOLOGY, LLC (d/b/a Ultralox);
INTEX MILLWORK SOLUTIONS, LLC (d/b/a INTEX Millwork);
RETURN POLYMERS, INC. (d/b/a Return Polymers)

              Defendants.
------------------------------------------------------------------X

## **RIDER TO SUMMONS**

**Defendants & Service Addresses**

AZEK EXTERIORS, LLC  (d/b/a AZEK Exteriors)
1330 W. Fulton Street, Suite 350
Chicago, Illinois 60607

TIMBERTECH LIMITED (d/b/a TimberTech)
894 Prairie Ave.
Wilmington, OH 45177

STRUXURE OUTDOOR, LLC (d/b/a StruXure)
2000 Powers Ferry Road SE, Suite 250
Marietta, GA 30067

ULTRALOX INTERLOCKING TECHNOLOGY, LLC (d/b/a Ultralox)
9445 N 48th Street, Suite 104
Phoenix, AZ 85028

INTEX MILLWORK SOLUTIONS, LLC (d/b/a INTEX Millwork)
45 Reeds Road, Suite 200
Egg Harbor Township NJ 08234

<u>RETURN POLYMERS, INC. (d/b/a Return Polymers)</u>
1235 South Main Street
Ashland, OH 44805


Dated: New York, New York
       September 3, 2025


                                         **JOSEPH & NORINSBERG, LLC**


BY:    */s/ Jon L. Norinsberg*
         Jon L. Norinsberg, Esq.
         Joseph & Norinsberg, LLC
         825 Third Avenue, Suite 2100
         New York, New York 10022
         (212) 232-1300
         Jon@norinsberglaw.com