UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR LUCIEN, on behalf of himself and all
others similarly situated,

                                    Plaintiff,

                    -against-

THE AZEK COMPANY, INC.; AZEK
EXTERIORS, LLC (d/b/a AZEK Exteriors);
TIMBERTECH LIMITED (d/b/a TimberTech);
STRUXURE OUTDOOR, LLC (d/b/a
StruXure); ULTRALOX INTERLOCKING
TECHNOLOGY, LLC (d/b/a Ultralox);
INTEX MILLWORK SOLUTIONS, LLC
(d/b/a INTEX Millwork); RETURN
POLYMERS, INC. (d/b/a Return Polymers),

                                    Defendants.

Case No. 1:25-cv-07126 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff alleges that Defendants' websites are not accessible to blind and visually

impaired customers and, thus, violate Title III of the Americans with Disabilities Act ("ADA"),

42 U.S.C. § 12181 *et seq*. The parties report that they have not reached a settlement. ECF No.

21. By separate Order today, the Court is referring this case to the assigned Magistrate Judge for

General Pretrial Purposes, including settlement.

In addition, to conserve resources, to promote judicial efficiency, and in an effort to

achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss

whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further

proceedings before the assigned Magistrate Judge. If all parties so consent, counsel shall file on

ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

If the parties do so, and the Court so orders the form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

Dated: October 24, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge